UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YABET ROSARIO CASTILLO,

                        Plaintiff,

                 v.                                       No. 25-CV-9060 (RA)

COWAN INTERMODAL GROUP, LLC,                 ORDER
COWAN SYSTEMS, LLC and JAMEEL
WALI PERRIN,

                        Defendants.

---

RONNIE ABRAMS, United States District Judge:

       In light of the Court's Mediation Referral Order, Dkt. No. 8, the initial status conference previously scheduled for December 5, 2025 at 3:00 p.m. is hereby adjourned until after mediation. Within one week of the conclusion of mediation, the Parties shall jointly submit a status report proposing next steps. Defendants Cowan Intermodal Group, LLC and Cowan Systems, LLC are ordered to serve Plaintiff with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    November 17, 2025
            New York, New York

                                                                   Ronnie Abrams
                                                                   United States District Judge