Zieher & Associates, P.C.

February 27, 2026

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Ronnie Abrams, U.S.D.J.
40 Foley Square, Room 2203
New York, NY 10007

***Re: Castillo v. Cowan Intermodal Group, LLC et al***
***Case No.: 1:25-cv-09060***

Dear Judge Abrams:

This office represents the Plaintiff in the above-referenced case. Plaintiff writes jointly with all parties to respectfully request an adjournment of the initial conference scheduled for Friday March 6, 2026, at 4:00 PM, in accordance with your February 6, 2026, Order **See** Docket Entry #17.

Parties are very close to reaching a settlement and would appreciate a ten (10) day extension on the scheduled initial conference.

No prior requests for adjournments have been made on the matter.

Accordingly, the parties respectfully ask the Court granted this request, and thanks this honorable Court for its time and attention to this case.

Application granted. The initial conference scheduled for March 6, 2026 is hereby adjourned until March 16, 2026, at 2:00 p.m. The parties shall promptly inform the Court if a settlement is reached in this matter.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 2, 2026

Very truly yours,

*/s/Maria C. Zieher*
Maria C. Zieher Esq.
11 Broadway, Suite 615
New York, NY 10004
(212)235-7010
mzieher@zieherlaw.com
*Attorneys for Plaintiff*
*ROSARIO*

_____

11 Broadway, Suite 615, New York, New York 10004 | mzieher@zieherlaw.com | (212) 235-7010



/s/Matthew Finkelstein
Matthew K. Finkelstein, Esq.
London Fischer, LLP
59 Maiden Lane
New York, New York 10038
(212) 972-1000
Attorneys for Defendants
*COWAN INTERMODAL GROUP LLC,*
*and COWAN SYSTEMS, LLC*